**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rocke William DILBERT,**
**Defendant–Appellant.**

**No. 12–14143**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 20, 2013.

Linda Julin McNamara, Matthew Jackson, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Andres Oliveros, Andres N. Oliveros, PA, Tampa, FL, for Defendant–Appellant.

Before CARNES, BARKETT and MARTIN, Circuit Judges.

PER CURIAM:

Andres Oliveros, appointed counsel for Rocke Dilbert in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 744–45, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dilbert's conviction and sentence are **AFFIRMED.**